AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 15-mj-71009 MAG |
| Mehran Aminzadeh | ) |
| | ) Charging District: Eastern District of Michigan |
| *Defendant* | ) Charging District's Case No. 2:15-cr-20483 |

FILED
AUG 11 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd., Room 235<br>Detroit, MI 48226 | Courtroom No.: TBD |
|---|---|
| | Date and Time: 8/21/15 at TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 8.11.15

_____
*Judge's signature*

Paul S. Grewal, U.S. Magistrate Judge
*Printed name and title*